# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| Loth Logistics, LLC F/K/A Optivia Logistics, Inc., | : | Case No. 1:20-cv-504 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Guardian International, LLC, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

|   |   |   |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED:** That Plaintiff's Motion for Default Judgment (Doc. 13) is GRANTED and default judgment is ENTERED against Defendant Guardian International, Inc. in the liquidated amount of $247,441.93.

October 14, 2020.

> Richard W. Nagel, Clerk of Court
> By: */s/ Kellie A. Fields*
>     Deputy Clerk